UNITED STATES DISTICT COURT

DISTRICT COURT OF MINNESOTA

| | |
|---|---|
| Minnesota Industrial Venture, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>IVI Environmental, Inc.,<br><br>Defendant. | Court File No. : 01-CV-1802 3<br>DSD/JMM |

**ORDER TO AMEND TIME TO RESPOND TO COMPLAINT**

Based upon the stipulation of the parties dated November 1, 2001 IT IS HEREBY ORDERED that the Defendant may answer or otherwise respond to the Complaint on or November 9, 2001.

BY THE COURT

Dated: November 7, 2001

Mag's/Mel Judge of United States District Court

503043_1



FILED NOV 07 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK