UNITED STATES DISTICT COURT

DISTRICT OF MINNESOTA

Minnesota Industrial Venture, LLC,
Plaintiff,

vs.

IVI Environmental, Inc.,
Defendant.

**Court File No. : 01-CV-1802 DSD/JMM**

**ORDER PERMITTING SERVICE AND FILING OF AMENDED COMPLAINT**

Based upon the Stipulation of the parties dated November 20, 2001, IT IS HEREBY ORDERED that the Plaintiff may serve and file an Amended Complaint.

BY THE COURT.

Dated: 12/10/01

John M. Mason
Magistrate Judge of U.S. District Court

FILED DEC 10 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

UNITED STATES DISTICT COURT

DISTRICT COURT OF MINNESOTA

| | |
|---|---|
| Minnesota Industrial Venture, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>IVI Environmental, Inc.,<br><br>Defendant. | Court File No. : 01-CV-1802<br>DSD/JMM |

**STIPULATION TO SERVE AND FILE AN AMENDED COMPLAINT**

The parties to this action, through their respective counsel, hereby stipulate and agree that the Plaintiff may serve and file an Amended Complaint.

Dated: November 15, 2001

MESSERLI & KRAMER P.A.

George R. Serdar (#99259)
1800 Fifth Street Towers
150 S. Fifth Street
Minneapolis, MN 55402
Telephone: (612) 672-3696

ATTORNEYS FOR PLAINTIFF

Dated: November 20, 2001

GRANNIS & HAUGE, P.A.

Michael J. Dwyer (#12364X)
1260 Yankee Doodle Road, #200
Eagan, MN 55121-2201

Telephone: (651) 456-9000

ATTORNEYS FOR DEFENDANT

504123_1

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK