UNITED STATES DISTRICT COURT

DISTRICT COURT OF MINNESOTA

-------------------------------

COURT FILE NO. 01-CV-1803
DSD/~~JMM~~SRN

Minnesota Industrial
Venture, LLC,

Plaintiff,

vs.

**STIPULATION** AND ORDER

IVI Environmental, Inc.,
and Inspection & Valuation
International, Inc.

Defendants.

-------------------------------

The parties, by their respective counsel, jointly request that the Court amend the July 29, 2002 Scheduling Order to permit completion of discovery and motion practice preparatory to trial as follows:

**Discovery and Non-Dispositive Motions**

August 31, 2003--All discovery of any kind shall be commenced in time to be completed by this date.

September 7, 2003--All non-dispositive motions and supporting documents, including those which relate to discovery, shall be served and filed.

**Dispositive Motions and Trial**

October 1, 2003--All dispositive motions shall be served and filed by the parties.

JUN 13 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

This case shall be ready for trial at the conclusion of discovery or upon resolution of any dispositive motion, and no later than November 15, 2003.

Respectfully submitted,

MESSERLI & KRAMER, P.A.

Dated: June 11, 2003

BY: ______________________

George R. Serdar
Attorney I.D. No. 99259
1800 Fifth Street Towers
150 South Fifth Street
Minneapolis, MN 55402
612-672-3600
Attorneys for Plaintiff

GRANNIS & HAUGE, P.A.

Dated: June 10, 2003

BY: ______________________

Michael J. Dwyer
Attorney I.D. No. 12364X
1260 Yankee Doodle Road, #200
Eagan, MN 55121-2201
651-456-9000
Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT COURT OF MINNESOTA

------------------------------

COURT FILE NO. 01-CV-1803 DSD/JMM

Minnesota Industrial Venture, LLC,

Plaintiff,

vs.

IVI Environmental, Inc., and Inspection & Valuation International, Inc.

Defendants.

------------------------------

**ORDER**

Based upon the Stipulation of the parties dated June 10, 2003, IT IS HEREBY ORDERED that the July 29, 2002 Scheduling Order be amended to permit completion of discovery and motion practice preparatory to trial as follows:

**Discovery and Non-Dispositive Motions**

August 31, 2003--All discovery of any kind shall be commenced in time to be completed by this date.

September 7, 2003--All non-dispositive motions and supporting documents, including those which relate to discovery, shall be served and filed.

**Dispositive Motions and Trial**

October 1, 2003--All dispositive motions shall be served and filed by the parties.

This case shall be ready for trial at the conclusion of discovery or upon resolution of any dispositive motion, and no later than November 15, 2003.

Dated: 6-12-03

BY THE COURT:

Susan Richard Nelson

Magistrate Judge of United States District