UNITED STATES DISTRICT COURT

DISTRICT COURT OF MINNESOTA

------------------------------

COURT FILE NO. 01-CV-1803
DSD/SRN

Minnesota Industrial
Venture, LLC,

Plaintiff,

vs.

IVI Environmental, Inc.,
and Inspection & Valuation
International, Inc.

Defendants.

------------------------------

**STIPULATION OF DISMISSAL WITH PREJUDICE, ORDER FOR JUDGMENT, AND JUDGMENT**

The above entitled action having been fully compromised and settled,

IT IS HEREBY STIPULATED that without further notice the Clerk may enter a judgment of dismissal with prejudice and upon the merits.

Dated: SEPT. 22, 2003

MESSERLI & KRAMER, P.A.

BY: George R. Serdar
George R. Serdar
Attorney I.D. No. 99259
1800 Fifth Street Towers
150 South Fifth Street
Minneapolis, MN 55402
612-672-3600
Attorneys for Plaintiff

FILED SEP 25 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

GRANNIS & HAUGE, P.A.

Dated: Sept 18, 2003

BY: ______________________

Michael J Dwyer
Attorney I.D. No. 12364X
1260 Yankee Doodle Road, #200
Eagan, MN 55121-2201
651-456-9000
Attorneys for Defendant

**ORDER**

Based upon the foregoing Stipulation, this matter is dismissed with prejudice and without costs to any party.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: September 24, 2003

BY THE COURT:

______________________
Judge of District Court

**JUDGMENT**

I hereby certify that the above Order for Judgment constitutes the Judgment of this Court.

Dated: ______________________

COURT ADMINISTRATOR

BY: ______________________
Deputy